```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS



OPERATOR TACTICAL BOOTS, LLC,    )
ET AL.,                          )
            Plaintiffs           )
                                 )
       v.                        )    C.A. NO. 10-12193-MAP
                                 )
NEW BALANCE ATHLETIC SHOE,       )
INC., ET AL.,                    )
            Defendants           )
```

## MEMORANDUM AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS
### (Dkt. No. 32)

July 11, 2011

PONSOR, D.J.

This case was consolidated after transfer from California, with this court's previously filed and virtually identical case carrying the docket number 09-cv-30188-MAP. The court entered a default judgment and terminated the previously-filed case, and subsequently denied a motion to remove the default. At the conclusion of the hearing in connection with the motion to remove the default, counsel for Defendant asked whether it would be necessary to file a motion to dismiss in the later-filed case transferred from California. The court indicated that counsel should do this.

In accordance with the court's instructions, counsel

for Defendant filed a motion to dismiss the consolidated California action now on this court's docket on May 16, 2011.  See Dkt. No. 32.  Continuing a course of almost unbelievable incompetence, counsel for Plaintiffs apparently filed a motion to extend time to oppose this motion in the California court.  No such motion for extension appears on this court's docket, even though it was transferred here on December 17, 2010.

Based upon the substantive merits of Defendant's Motion to Dismiss, and the absence of any properly filed opposition or motion to extend time to file opposition, the Motion to Dismiss (Dkt. No. 32) is hereby ALLOWED.  This case may now be closed.

This ruling puts an end to the litigation pursued by Plaintiffs in both 09-cv-30188-MAP and 10-12193-MAP.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge