## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPERATOR TACTICAL BOOTS, LLC, ET AL., <br>    Plaintiff(s) <br><br> v. <br><br> NEW BALANCE ATHLETIC SHOE, INC., ET AL., <br>    Defendant(s) | CIVIL ACTION NO. 3:10-cv-12193 -MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants New Balance Athletic Shoe, Inc., et al., against the plaintiff Operator Tactical Boots, LLC, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motions to dismiss.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: July 11, 2011

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)            [jgm.]